806

JUSTICE CLARK took no part in the consideration or decision of this application. *Lee Pressman* and *Allan R. Rosenberg* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, James L. Morrisson* and *Samuel D. Slade* for respondents.

No. 77. MONTANA-DAKOTA UTILITIES Co. *v.* NORTHWESTERN PUBLIC SERVICE Co. C. A. 8th Cir. Certiorari granted. *William D. Mitchell, John C. Benson* and *H. F. Fellows* for petitioner. *Jacob M. Lashly, Max Royhl* and *Fredric H. Stafford* for respondent.

No. 83. UNITED STATES EX REL. TOUHY *v.* RAGEN, WARDEN, ET AL. C. A. 7th Cir. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Edward M. Burke* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Stanley M. Silverberg, Robert S. Erdahl* and *Robert G. Maysack* for McSwain, respondent.

No. 87. WARREN *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Saul Sperling* and *Charles A. Ellis* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *John R. Benney* for the United States.

No. 122. NATIONAL LABOR RELATIONS BOARD *v.* GULLETT GIN Co., INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* and *Robert N. Denham* for petitioner.

No. 132. SPECTOR MOTOR SERVICE, INC. *v.* McLAUGHLIN, TAX COMMISSIONER, O'CONNOR, SUBSTITUTED DE-

FENDANT. C. A. 2d Cir. Certiorari granted. *Cyril Coleman* for petitioner. *William L. Hadden* for respondent.

No. 133. NORTON COMPANY *v.* DEPARTMENT OF REVENUE OF ILLINOIS. Supreme Court of Illinois. Certiorari granted. *Roland Towle* for petitioner. *Ivan A. Elliott*, Attorney General of Illinois, *William C. Wines, Raymond S. Sarnow* and *James C. Murray*, Assistant Attorneys General, for respondent.

No. 147. WEST VIRGINIA EX REL. DYER ET AL. *v.* SIMS, AUDITOR OF WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari granted. *William C. Marland*, Attorney General of West Virginia, *Thomas J. Gillooly*, Assistant Attorney General, and *John B. Hollister* for petitioners. *Charles C. Wise, Jr.* for respondent. Briefs of *amici curiae* supporting petitioners were filed on behalf of the United States by *Acting Solicitor General Raum;* the States of Illinois by *Ivan A. Elliott*, Attorney General, and *Lucien S. Field*, Assistant Attorney General, Indiana by *J. Emmett McManamon*, Attorney General, Kentucky by *A. E. Funk*, Attorney General, and *Squire N. Williams, Jr.*, Assistant Attorney General, New York by *Nathaniel L. Goldstein*, Attorney General, Ohio by *Herbert S. Duffy*, Attorney General, and *William C. Bryant*, Assistant Attorney General, and Pennsylvania by *Charles J. Margiotti*, Attorney General, *M. Vashti Burr*, Deputy Attorney General, and *H. F. Stambaugh;* the State of Pennsylvania by *Charles J. Margiotti*, Attorney General, *M. Vashti Burr*, Deputy Attorney General, and *Harry F. Stambaugh;* and the Interstate Commission on the Potomac River Basin by *L. Harold Sothoron.*